IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

NOV - 2 2006

DAVID J. MALAND, CLERK
BY
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 6:06CR31 |
| | § | (Judge Schneider) |
| BETO TORRES-BERNAL | § | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on June 1, 2006, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of pursuant to 8 U.S.C. § 1324(b), 18 U.S.C. § 981(d), and Fed. R. Crim. P. 32.2(b) and (c);

AND WHEREAS, on June 29, 2006, July 6, 2006, and July 13, 2006, the United States published in the Marshall News Messenger notice of this forfeiture and of the intent of the United States to dispose of the forfeited property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for the property described in this Court's Preliminary Order of Forfeiture.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the right, title and interest to all of the hereinafter described property, of the Defendant named, is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

2. That the following property is hereby condemned and forfeited to the United States of America:

**a 1994 Ford Econo Van, with vehicle identification number 1FDEE14NORHB11306.**

3. That any and all forfeited funds, as well as any income derived as a result of the Department of Treasury's management of any property forfeited herein, and the proceeds from the sale of any forfeited property, after the payment of costs and expenses incurred in connection with the forfeiture, sale and disposition of the forfeited property, shall be deposited forthwith by the Department of Treasury in such a manner as the Attorney General may direct.

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this 2 day of November, 2006,

_____
UNITED STATES DISTRICT JUDGE